IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jermaine F. Brooks, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:14cv592 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Armark Food Corporation, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and

filed with this Court on August 20, 2014 a Report and Recommendation (Doc. 4).  Subsequently, the

plaintiff filed objections to such Report and Recommendation (Doc. 9).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that

such Recommendation should be adopted.

Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C.  1915(e)(2).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order

adopting the Report and Recommendation will not be taken in good faith, therefor denying

plaintiff leave to appeal *in forma pauperis.  See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir.

1997).

IT IS SO ORDERED.

_____s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court